UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| ACE PROPERTY & CASUALTY COMPANY, and CENTURY INDEMNITY COMPANY<br>Plaintiffs,<br>vs<br>DON OLINE,<br>Defendant. | CV08-5634FDB<br><br>MINUTE ORDER |

NOW, on this 29th day of April, 2009, the Court directs the Clerk to enter the following Minute Order:

The parties request that this matter remain stayed until January, 2010

or until the settlement is formalized and underlying actions resolved

is Granted. Counsel ordered to file a status report by February 4, 2010.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

       **/s/ Pat LeFrois**
       Pat LeFrois
       Courtroom Deputy